FILED

04/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0387

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0387

STATE OF MONTANA,

   Plaintiff and Appellee,

 v.

MARGO ALLISON STURTS,

   Defendant and Appellant.

## ORDER

Upon consideration of counsel's motion to withdraw as counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant and Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender Division.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to the Defendant and Appellant at her last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 15 2020